Electronically Filed
Supreme Court
SCWC-15-0000102
26-SEP-2016
10:17 AM

SCWC-15-0000102

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY
LOAN TRUST, SERIES AMQ 2006-HE7 ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES AMQ 2006-HE7,
Respondent/Plaintiff-Appellee,
vs.
MONICA EWALANI BERNARDINO, Petitioner/Defendant-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF THE ARBORS, EWA BY GENTRY
COMMUNITY ASSOCIATION, HAWAIIAN TEL FEDERAL CREDIT UNION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000102; CIV. NO. 11-1-0841)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Monica Ewalani
Bernadino's application for writ of certiorari filed on August
15, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 26, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson